JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.   CV 14-06839 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ALBERTO MELGUIADES MONTANO, ET AL.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Alberto Melguiades Montano, individually and doing business as Los Compadres, and Florentina Alvarado, individually and doing business as Los Compadres, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Alberto Melguiades Montano, individually and doing business as Los Compadres, and Florentina Alvarado, individually and doing business as Los Compadres, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: October 17, 2016

_____
William Keller
United States District Judge